# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE COUNTY COURT AT LAW NO. 1 OF HENDERSON COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 20th day of September, 2017, the cause upon appeal to revise or reverse your judgment between

**ZELENA BARBAY, Appellant**

**NO. 12-17-00116-CV; Trial Court No. 00375-CCL-16**

Opinion by Bill Bass, Justice.

**MARY MCCARTY, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF STANLEY WILLIAM TARABA, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that there was error in the judgment of the court below, it is ORDERED, ADJUDGED and DECREED by this court that the judgment be **reversed** and the cause **remanded** to the trial court **for a new trial** and that all costs of this appeal are hereby adjudged against the Appellee, **MARY MCCARTY, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF STANLEY WILLIAM TARABA,** in accordance with the opinion of this court; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 1st day of December, 2017.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk